UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:14-CR-124-1FL

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **FRANCISCO ARROLLO-SILVA** ) | |
| **Defendant** ) | |

    This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for July 7, 2015, in New Bern. The case is hereby CONTINUED to that term of criminal court commencing on August 11, 2015.

This  25th  day of  June  2015.

*/s/ Louise W. Flanagan*
Louise W. Flanagan
United States District Judge