IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 5:14CR00124FL-001 |
| VS. ) | |
| ) | ORDER TO SEAL SENTENCING |
| FRANCISCO ARROLLO SILVA ) | MEMORANDUM |

ON MOTION of the Defendant and for good cause shown to the Court;

IT IS ORDERED that the Sentencing Memorandum of the Defendant, filed August 4, 2015 is SEALED from public access.

This 10th day of August, 2015.

*/s/ Louise W. Flanagan*

Louise W. Flanagan
United States District Court Judge